UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:16-MJ-1967-JG

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH THE ) | |
| CELLULAR TELEPHONE ASSIGNED CALL ) | **ORDER TO UNSEAL** |
| NUMBER (919) 332-0564 THAT IS ) | |
| STORED AT PREMISES CONTROLLED BY ) | |
| SPRINT CORPORATION ) | |

Upon motion of the Government, the previously requested Application, Affidavit, and Search Warrant in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: December 20, 2016

*Robert T Numbers II*

Robert T. Numbers, II
United States Magistrate Judge